# EXHIBIT 2







facebook.com/thediamondlodge/photos/a.1684071548490345/1879272608970237/?type=3&theater

**The Diamond Lodge**
Like This Page · December 22, 2016

Does anyone else feel like it's Friday? Been a weird week?....25 cent boneless wings tonight!

Like     Comment     Share

Write a comment...
Press Enter to post.

People You May Know     See All

MiszEbk Seng
Add Friend







