# EXHIBIT 5



**Thee Diamond Royale**
@DiamondRoyale1

Hope u enjoyed the party last night! Congrats to the @cavs ticket winners! Have a greatful day! Happy Thanksgiving!

Have a Warm & Fuzzy Thanksgiving

10:39 AM - 26 Nov 2015

Tweet your reply

**Thee Diamond Royale** @DiamondRoyale1 · 26 Nov 2015
Out #blackfriday shopping? Waiting on the "wife"? Here's something to keep you smiling! Happy **Thanksgiving**.