# EXHIBIT 9

https://twitter.com/DiamondMensClub/status/286560515432534016
Home
Moments
Notifications
Messages
Search Twitter
Tweet
DMClubs
@DiamondMensClub
Follow
Cavs Home Tonight with MID Night Also!!!
Diamonds
Military I.D. Night
Every Wednesday
FREE Admission &
Drink Discounts
* ALL 1st Responders:
Police & Fire Safety
are Welcome!
1628 Fall Street in Cleveland's
NEW Adult Entertainment Area
216-621-1840
11:52 AM - 2 Jan 2013
Tweet your reply
Celebrate with the
Hottest Girls in Town
Hats, Streamers &
Champagne Toast
31
DEC
9PM

https://twitter.com/DiamondMensClub/status/461535207217061888
Home
Moments
Notifications
Messages
Search Twitter
Tweet
DMClubs
@DiamondMensClub
Follow
Military Night Tonight!!!
Diamonds
Military I.D.
Night
Every Wednesday
FREE Admission &
Drink Discounts
* ALL 1st Responders:
Police & Fire Safety
are Welcome!
1628 Fall Street in Cleveland's
NEW Adult Entertainment Area
216-621-1840
8:59 AM - 30 Apr 2014
Tweet your reply
XXX
ADULT FILM STAR
Bonnie
Rotten

https://twitter.com/DiamondMensClub/status/466672348775849984

Home Moments Notifications Messages Search Twitter Tweet

**DMClubs**
@DiamondMensClub

Follow

MID Tonight!!!

1:12 PM - 14 May 2014

Tweet your reply

**DMClubs** @DiamondMensClub · 10 May 2014
Last Chance to see Adult Star @thebonnierotten Tonight!!!

https://twitter.com/DiamondMensClub/status/654413613696950274

Home Moments Notifications Messages Search Twitter Tweet

**DMClubs**
@DiamondMensClub

Follow

APPY HOUR
BEST AFTERWORK PARTY ... ELAND JUST GOT BETTER!
...mentary Happy Hour Buffet Returns! Monday thru Friday 5pm - 7pm
WORK or BEFORE the GAME
...en @ 3:00pm Weekdays with ...LL ITS & 2.50 Domestics till 9pm ...mission till 7 & Always Free Parking
...ld Class Adult Entertainment & Steakhouse
...AMONDS
...Street / Cleveland Flats ...1840 / DMClubs.com

Diamon... Military I... Ni...
Every Wednes...
FREE Admissio...
Drink Discoun...
* ALL 1st Respo... Police & Fire S... are Welcom...
Street in Cleveland's ... Entertainment Area 216-621-1840

2:48 PM - 14 Oct 2015

1 Retweet

Cleveland Scene and DMClubs

1

Tweet your reply

...OUR
...E BEST AFTERWORK PARTY ...EVELAND JUST GOT BETTER!
...plementary Happy Hour Buffet Returns! Monday thru Friday 5pm - 7pm
...R WORK or BEFORE the GAME
Open @ 3:00pm Weekdays with CALL ITS & 2.50 Domestics till 9pm Admission till 7 & Always Free Parking
...orld Class Adult Entertainment & Steakhouse
...IAMONDS
...l Street / Cleveland Flats ...1-1840 / DMClubs.com

Militar...
Every Wed...
FREE Admi...
Drink Disc...
* ALL 1st Resp... Police & Fire ... are Welco...
1628 Fall Street in Cleveland's NEW Adult Entertainment Area

Cleveland Scene and DMClubs

1 2

DMClubs @DiamondMensClub · 6 Oct 2015
This week's Scene Ad

acebook.com/diamondclub.cleveland/photos/a.1593947320838986/1754058844827832/?type=3&theater

amondClub

acebook.com/diamondclub.cleveland/photos/a.1593947320838986/2030368643863516/?type=3&theater

amondClub

https://twitter.com/DiamondMensClub/status/890288051649425409

Home Moments Notifi

Tweet

**DMClubs**
@DiamondMensClub

Follow

#stripclubs #Baseball #Wednesday #clevelandindians #HappyHour #gentlemensclub #sexy #entertainers #entertainment #steak #steakhouse

DIAMONDS
PLAY BALL!
Party Before & After The Game with Thee Dream Team!
FREE ADMISSION with Same Day SPORTS Stub
Call Us for
Diamon
Military
Every Wednes
FREE Admissio
Drink Discoun
• ALL 1st Respo
Police & Fire
are Welcom
216-621-1840

12:09 PM - 26 Jul 2017

1 Retweet 1 Like

Cleveland Happenings, Cleveland Hot List, DMClubs and 4 others

2 1 1

Tweet your reply

**Adult Club Locator** @AdultClubLocate · 27 Jul 2017
Replying to @DiamondMensClub
Look for DMClubs @DiamondMensClub on

ADULT CLUBS
www.AdultClubLocator.com

**Looking for Adult clubs?**
Use our searchable index to find clubs locally and around the world.
adultclublocator.com

cebook.com/diamondclub.cleveland/photos/a.1593947320838986/2034181140148933/?type=3&theater
amondClub
Like
Follow
Share
Sign Up
Send Message
Diamonds
Military I.D. Night
Every Wednesday
FREE Admission &
Drink Discounts
* ALL 1st Responders:
Police & Fire Safety
are Welcome!
1628 Fall Street in Cleveland's
NEW Adult Entertainment Area
216-621-1840
DiamondClub Cleveland
Like This Page · August 2, 2017 ·
With Britney Hamilton, Anthony Dowdell, Tina Maenza-Kuntz and 15 others at DiamondClub Cleveland.
2
Like
Comment
Share
Write a comment...
Press Enter to post.
People You May Know
See All
Tanya Mullins
Add Friend
Chat

https://twitter.com/DiamondMensClub/status/892860165401096192
Home
Moments
Notifications
Messages
Search Twitter
Tweet
DMClubs
@DiamondMensClub
Follow
#stripclubs #Wednesday #HappyHour #gentlemensclub #entertainers #entertainment #steak #steakhouse #Cleveland #clevelandflats #Military
THE BEST AFTERWORK PART IN CLEVELAND JUST GOT BETTE
AFTER WORK o BEFORE the GAM
Open @ 5:00pm Weekdays
4.00 U CALL ITS
& 2.50 Domestics till
FREE Admission till
& Always Free Parkin
World Class Adult Entertainment
1628 Fall Street / Cleveland F
216-621-1840 / DMClubs.co
Military
Every Wednes
FREE Admissio
Drink Discour
* ALL 1st Respo
Police & Fire S
are Welcom
216-621-1840
2:30 PM - 2 Aug 2017
1 Retweet 1 Like
DMClubs, Joshua Lute, Silver Liningz Mag and 6 others
Tweet your reply
Dine in only - No take out
DMClubs, Joshua Lute, Silver Liningz Mag and 5 others

amondClub

DiamondClub Cleveland
Like This Page · September 6, 2017 ·

With Frank Maenza, Britney Hamilton, Anthony Dowdell and 12 others at DiamondClub Cleveland.

1

Like Comment Share

Write a comment...
Press Enter to post.

People You May Know See All

Tanya Mullins
Add Friend

Chat

stagram.com/p/BYtoONTA2Hc/?hl=en&taken-by=diamondclubcleveland
Search
AFTERWORK PARTY IN CLEVELAND!
SNF & MNF
BONELESS WINGS & BEER BUCKET DEALS
216-621-1840
Diamonds
Military I.D. Night
Every Wednesday
FREE Admission &
Drink Discounts
* ALL 1st Responders: Police & Fire Safety are Welcome!
1628 Fall Street in Cleveland's Adult Entertainment Area
216-621-1840
diamondclubcleveland • Follow
• DiamondClub Cleveland
diamondclubcleveland #entertainment #entertainers #entertained #sexy #steak #steakhouse #stripclub #strippers #cleveland #clevelandflats #clevelandindians #clevelandrocks #clevelandbrowns #diamonds #diamondmensclub #diamonddreamteam #military
19 likes
SEPTEMBER 6, 2017
Add a comment...
BOTTLE SERVICE
DEALS ALL NIGHT
PRE LABOR DAY
SIN NIGHT

cebook.com/diamondclub.cleveland/photos/a.1593947320838986/2079716362262077/?type=3&theater

cebook.com/diamondclub.cleveland/photos/a.1593947320838986/2092471217653258/?type=3&theater

amondClub

cebook.com/diamondclub.cleveland/photos/a.1593947320838986/2120453171521729/?type=3&theater

amondClub

https://twitter.com/DiamondMensClub/status/971485412861661187
Home
Moments
Notifications
Messages
Search Twitter
Tweet
DMClubs
@DiamondMensClub
Follow
#military #cleveland #diamondmensclub #stripclub #steakhouse #happyhour
COME JOIN US FOR
HAPPY HOUR
THE BEST AFTERWORK PARTY IN CLEVELAND!
Military
Every Wednes
FREE Admissio
Drink Discour
216-621-1840
12:39 PM - 7 Mar 2018 from Cleveland, OH
1 Like
DMClubs, ED Magazine, Cleveland Scene and 2 others
Tweet your reply
Open @ 5:00pm Weekdays
4.00 U CALL ITS
& 2.50 Domestics till
FREE Admission till
& Always Free Parkin
DIAMON
1628 Fall Street / Cleveland
216-621-1840 / DMClubs.co
Dine in only - No take out
DMClubs @DiamondMensClub · Mar 5
Mondays are always better here! #happyhour #clevelandcavaliers #diamondmensclub #monday #stripclub #burger #steakhouse

https://twitter.com/DiamondMensClub/status/999350507268386818
Home
Moments
DMClubs
@DiamondMensClub
Follow
#wednesday #humpday #happyhour #afterwork #diamondmensclub #stripclub #military #steakhouse
11:05 AM - 23 May 2018 from Cleveland, OH
2 Likes
DMClubs, ED Magazine, Cleveland Scene and 2 others
Tweet your reply
Adult Club Locator @AdultClubLocate · May 24
Replying to @DiamondMensClub
Find DMClubs @DiamondMensClub on
Looking for Adult clubs?
Use our searchable index to find clubs locally and around the world.
adultclublocator.com
Tweet






