UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| CARMEN ELECTRA, et al., | : | Case No.: 5:18-cv-2176-SL |
|---|---|---|
| Plaintiffs, | : | |
| | : | JUDGE SARA LIOI |
| v. | : | |
| | : | |
| F.M.J. RESTAURANT, INC., et al. | : | ATTORNEY FEE ITEMIZATION |
| Defendants. | : | |

Pursuant to the Court's Case Management Conference Scheduling Order, Plaintiffs submit the following Attorney Fee Itemization that sets forth Plaintiffs' preliminary estimate of the amount of fees and expenses expected to be incurred in this matter.

| Estimated Attorney Fees | | Estimated Costs | |
|---|---|---|---|
| Preliminary Investigation and Filing Complaint | $3,300 | Depositions | $12,000 |
| Procedural Motions Practice | $6,000 | Experts | $50,000 |
| Discovery | $86,400 | Other Costs (Filing fees, travel costs, etc.) | $8,000 |
| Dispositive Motions Practice | $25,000 | | |
| Settlement Negotiations | $10,000 | | |
| Trial | $50,000 | | |
| **ESTIMATED TOTAL FEES** | $180,700.00 | **ESTIMATED TOTAL COSTS** | $70,000.00 |

Respectfully submitted,

*/s/ David C. Harman*
Janet G. Abaray (0002943)
David C. Harman (0087882)
BURG SIMPSON ELDREDGE
HERSH & JARDINE, PC
312 Walnut Street, Suite 2090
Cincinnati, Ohio 45202
Phone: (513) 852-5600
Fax:  (513) 852-5611
Email: jabaray@burgsimpson.com
Email: dharman@burgsimpson.com

***Attorneys for Plaintiff***

# CERTIFICATE OF SERVICE

I hereby certify that on January 8, 2019, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

*/s/ David C. Harman*
David C. Harman