# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **CARMEN ELECTRA, et al.,** | : | Case No.: 5:18-cv-2176 |
| **Plaintiffs,** | : | |
| | : | **JUDGE SARA LIOI** |
| v. | : | |
| **F.M.J. RESTAURANT, INC., et al.** | : | |
| **Defendants.** | : | |

## JOINT STATUS REPORT

Pursuant to the Court's January 8, 2019 Case Management Plan and Trial Order, the Parties hereby submit the following Joint Status Report, briefly stating the following: "(1) discovery that has occurred during the reporting period; (2) settlement discussions that have occurred during the reporting period; (3) motions that have been filed or remain pending during the reporting period; and (4) any developments that might give rise to a request to deviate from the schedule outlined in [the] Case Management Plan and Trial Order."

### DISCOVERY

Plaintiffs have served Interrogatories and Requests for Production of Documents on Defendants.

### SETTLEMENT DISCUSSIONS

The Parties have not yet exchanged settlement demands or settlement offers. Without any Defendant admitting liability in these cases, the Parties have engaged and continue to engage in discussions concerning the method(s) of valuing Plaintiffs' claims in an attempt to generate a framework for fruitful settlement discussions.

## FILED OR PENDING MOTIONS

No motions were filed during the reporting period. No motions are pending before the Court.

## DEVELOPMENTS THAT MIGHT IMPACT THE SCHEDULE

The Parties are unaware of any developments that might give rise to a request to deviate from the schedule outlined in the Case Management Plan and Trial Order.

Dated: February 22, 2019

Respectfully submitted,

| | |
|---|---|
| */s/ David C. Harman* | */s/ Edward D. Papp (with consent)* |
| Janet G. Abaray (0002943) | Edward D. Papp (0068574) |
| David C. Harman (0087882) | Steven J. Hupp (0040639) |
| **BURG SIMPSON** | Margo S. Meola (0065555) |
| **ELDREDGE HERSH & JARDINE, PC** | Christopher F. Mars (0091604) |
| 312 Walnut Street, Suite 2090 | **BONEZZI SWITZER** |
| Cincinnati, Ohio 45202 | **POLITO & HUPP CO. L.P.A.** |
| Phone: (513) 852-5600 | 1300 East 9th St., Suite 1950 |
| Fax:  (513) 852-5611 | Cleveland, Ohio 44114 |
| Email: jabaray@burgsimpson.com | Phone: (216) 875-2767 |
| Email: dharman@burgsimpson.com | Fax:  (216) 875-1570 |
| | Email: epapp@bsphlaw.com |
| ***Attorneys for Plaintiffs*** | Email: shupp@bsphlaw.com |
| | Email: mmeola@bsphlaw.com |
| | Email: cmars@bsphlaw.com |
| | ***Attorneys for Defendants*** |

## CERTIFICATE OF SERVICE

I hereby certify that on February 22, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

/s/ *David C. Harman*
David C. Harman (87882)

2