# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| CARMEN ELECTRA, et al., | ) | CASE NO. 5:18-cv-2176 |
| PLAINTIFFS, | ) ) ) | JUDGE SARA LIOI |
| vs. | ) ) | **ORDER** |
| F.M.J. RESTAURANT, INC., et al., | ) ) | |
| DEFENDANTS. | ) | |

Before the Court is plaintiffs' motion (Doc. No. 58) to set aside the June 25, 2019 entry of default against defendant Renato6, LTD (Doc. No. 33), and to sever and dismiss all of plaintiffs' claims against Renato6, LTD. In this regard, the motion is granted.

Plaintiffs also ask the Court to retain jurisdiction over the settlement between these parties. In that regard, the motion is denied.

Accordingly, Doc. No. 58 is granted in part and denied in part.

**IT IS SO ORDERED**.

Dated: September 5, 2019

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**