# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| CARMEN ELECTRA, et al., | ) | CASE NO. 5:18-cv-2176 |
| | ) | |
| PLAINTIFFS, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| F.M.J. RESTAURANT, INC., et al., | ) | |
| | ) | |
| DEFENDANTS. | ) | |

This case, having been settled by agreement of the parties (*see* Doc. No. 64), is hereby dismissed.  Each party shall pay its own costs. Any and all releases, agreements or judgment entries necessary to comply with this settlement shall be executed by the interested parties.

A final agreed entry, approved by counsel for all parties, shall be filed with the Court on or before October 14, 2019.

This case is hereby closed.

**IT IS SO ORDERED**.

Dated: September 17, 2019

**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**